## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| **MATTERN & ASSOCIATES, L.L.C.,** | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 1:06-CV-36 KAJ |
| | ) | |
| **JOHN SEIDEL,** | ) ) ) | |
| Respondent/Defendant. | ) | |

### APPLICATION BY PLAINTIFF, MATTERN & ASSOCIATES, L.L.C., FOR ORAL ARGUMENT

Plaintiff, Mattern & Associates, L.L.C., by and through its undersigned counsel, hereby applies for oral argument pursuant to Local Rule 7.1.4 on Defendant's Motion to Transfer Venue (the "Motion"). In support of this application, Plaintiff avers that the issues presented in the Motion and Plaintiff's opposition thereto, both legal and factual, are sufficiently complex that oral argument would assist the Court in deciding the matters presented by the Motion.

*WHEREFORE*, Plaintiff, Mattern & Associates, L.L.C., respectfully requests the Court schedule oral argument on the Motion at the Court's convenience.

**SEITZ, VAN OGTROP & GREEN, P.A.**

/s/ *George H. Seitz, III*
_____
BY:   George H. Seitz, III, Esq., ID #667
      222 Delaware Avenue
      Suite 1500, P.O. Box 68
      Wilmington, DE 19899
      (302) 888-7600
      Attorneys for Plaintiff
      Mattern & Associates, L.L.C.

DATED: March 9, 2006

52858 v1

**CERTIFICATE OF SERVICE**

I, George H. Seitz, III, do hereby certify that on the 9th day of March 2006, copies of *Application by Mattern & Associates, L.L.C. for Oral Argument* were served as follows:

**Via CM/ECF and First Class Mail:**

Paul A. Wernle, Jr., Esquire
92 Reads Way
Suite 106
New Castle, Delaware 19720-1631

/s/ *George H. Seitz, III*
_____
GEORGE H. SEITZ, III, #667

52858 v1