IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MATTERN & ASSOCIATES, L.L.C., )
                              )
          Plaintiff,          )
                              )
v.                            )   Civil Action No. 06-36-KAJ
                              )
JOHN SEIDEL,                  )
                              )
          Defendant.          )

## ORDER

Oral argument on defendant's motion to transfer in the above- captioned action will be heard on **April 12, 2006** beginning at 9:30 a.m. and concluding at 10:30 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

                                   _____
                                   UNITED STATES DISTRICT JUDGE

March 15, 2006
Wilmington, Delaware