IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| MATTERN & ASSOCIATES, LLC, | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO.: 06-CV-36 |
| vs. | : |
| JOHN SEIDEL, | : MOTION FOR ADMISSION PRO HAC VICE |
| Defendant. | : |

MOTION AND ORDER
FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel for defendant moves the admission *pro hac vice* of Robert J. Hagerty, Esquire to represent defendant in this matter.

Respectfully submitted,

Dated: March 14, 2006

Paul A. Wernle, Jr. (No. 2461)
92 Reads Way
Suite 106
New Castle, Delaware  19720-1631
(302) 221-3342

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____

United States District Judge

03/28/2006  10:24  3022351235  PAUL AWERNLE  PAGE 03

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and I am admitted, practicing and in good standing as a member of the Bars of the United States Court of Appeals for the Third Circuit, United States District Courts for the Eastern District of Pennsylvania and District of New Jersey, Commonwealth of Pennsylvania, and State of New Jersey, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: March 14, 2006

Robert J. Hagerty
Capehart Scatchard
8000 Midlantic Drive
Suite 300
Mount Laurel, NJ 08054
(856) 914-2076

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

MATTERN & ASSOCIATES, LLC,

    Plaintiff,

vs.

JOHN SEIDEL,

    Defendant.

CIVIL ACTION NO.: 06-CV-36

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I, Paul A. Wernle, Jr., hereby certify that I caused to be served, on March 14, 2006, two true and correct copies of the foregoing Motion and Order for Admission *Pro Hac Vice*, and its supporting materials, via first class mail, postage prepaid, upon plaintiff's counsel as follows:

Seitz, Van Ogtrop & Green
George H. Seitz, III, Esq.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899

Paul A. Wernle, Jr.