Writer's Direct Dial:   (302) 888-7602<br>
Writer's E-Mail Address:  gseitz@svglaw.com<br>
www.lawyers.com/svglaw

April 5, 2006

**Via Electronic Filing**
The Honorable Kent A. Jordan
J. Caleb Boggs Federal Building
Courtroom 6A
844 N. King Street
Wilmington, DE 19801

      **RE:** *Mattern & Associates, LLC  v. Seidel*
           **Civil Action No.: 06-CV-36**
           **Hearing on Motion to Transfer Venue**

Dear Judge Jordan:

    We do not oppose defense counsel's request to continue the oral argument on April 12, 2006.  We are available for argument on April 19 through 21 and April 25 through 28.

    Thank you.

                             Respectfully submitted,

                             /s/ *George H. Seitz*

                             George H. Seitz, III
                             Bar No. 667
                             gseitz@svglaw.com

cc:    Paul A. Wernle, Jr., Esquire (via Electronic Filing)

50819 v1