

**CAPEHART
SCATCHARD**

ATTORNEYS AT LAW

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 APR 10

Robert J. Hagerty
856.914.2076
rhagerty@capehart.com

March 28, 2006

Honorable Kent A. Jordan
J. Caleb Boggs Federal Building
Courtroom 6A
844 N. King Street
Wilmington, DE 19801

Re:   Mattern & Associates, LLC v. Seidel
      Civil Action No.: 06-CV-36
      Motion Hearing on Motion to Transfer Venue
      **Returnable April 12, 2006**

Dear Judge Jordan:

By the time you receive this letter, local counsel for the defendant John Seidel, Paul A. Wernle, Jr., Esq., will have filed (or be on the verge of filing) a motion for my admission to this Court *pro hac vice*. Mr. Wernle's office has provided me with a notice from the court scheduling a hearing on the motion to transfer for April 12, 2006 at 9:30 a.m. I will be out of town on a prepaid vacation on that date. I respectfully request that the hearing be adjourned to provide time for my admission to the Court *pro hac,* so that I may appear at the hearing. Perhaps the two motions can be addressed simultaneously. Thank you for your consideration.

Respectfully yours,

Robert J. Hagerty

RJH/ndj

cc:   John Seidel
      Paul A. Wernle, Jr., Esq.
      George H. Seitz, III, Esq.