IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MATTERN & ASSOCIATES, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-36-KAJ |
| | ) | |
| JOHN SEIDEL, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

At Wilmington this **10th** day of **April, 2006**,

IT IS ORDERED that the hearing on defendant's motion to transfer presently set for **April 12, 2006 at 9:30 a.m.** is hereby rescheduled to **May 11, 2006 at 9:00 a.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE