IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| **MATTERN & ASSOCIATES, L.L.C.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 1:06-CV-36 KAJ |
| | ) |
| v. | ) |
| | ) |
| **JOHN SEIDEL,** | ) |
| | ) |
| Respondent/Defendant. | ) |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Defendant John Seidel on Thursday, May 11, 2006 at 10:30 a.m. in the office of the undersigned.

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ *George H. Seitz, III*

By: _____
GEORGE H. SEITZ, III, ESQ. (#667)
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600
Attorneys for Plaintiff

Date: April 27, 2006

cc: Wilcox & Fetzer

53644 v1

## CERTIFICATE OF SERVICE

I, GEORGE H. SEITZ, III, hereby certify that on this 27th day of April, 2006, I caused the foregoing *Notice of Deposition* to be served on counsel as follows:

**Via CM/ECF**
Paul A. Wernle, Jr., Esquire
Law Office of Paul A. Wernle
92 Read's Way, Suite 106
New Castle Corporate Commons
New Castle, DE  19720

**Via First Class Mail**
Robert Hagerty, Esquire
Capehart & Scatchard, P.A.
Laura Corporate Center
8000 Midlantic Drive, Suite 300
Mt. Laurel, NJ  08054

*/s/ George H. Seitz, III*
_____
GEORGE H. SEITZ, III (#667)

Dated:  April 27, 2006

53644 v1