IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MATTERN & ASSOCIATES, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-36-KAJ |
| | ) | |
| JOHN SEIDEL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Wilmington this **11th** day of **May, 2006**,

For the reasons set forth by the Court following the hearing today,

IT IS HEREBY ORDERED that defendant's motion to transfer (D.I. 2) is DENIED.

_____
UNITED STATES DISTRICT JUDGE