IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| MATTERN & ASSOCIATES, L.L.C., | ) |
| Plaintiff and Counterclaim Defendant. | ) ) ) ) ) C.A. No. 1:06-CV-36 KAJ ) ) |
| v. | ) ) ) |
| JOHN SEIDEL, | ) ) |
| Defendant and Counterclaim Plaintiff. | ) ) ) |

**PLAINTIFF'S ANSWER TO**
**DEFENDANT JOHN SEIDEL'S COUNTERLCLAIMS**

Count I

1. Admitted that Mattern & Associates is a Pennsylvania Limited Liability Company, the balance of the allegations are denied.

2. Denied.

3. Admitted.

4. Admitted.

5. Admitted that an employee may bring a civil action under Pennsylvania law for unpaid wages and attorneys fees. Denied that this law is applicable here.

6. Denied.

7. Denied.

54441 v1

8. Denied.

9. Denied.

## Count II

1. [10]. Counterclaim defendant repeats its reposes to paragraphs 1 through 9 above.

2. [11]. The Agreement speaks for itself and no responsive pleading is required.

3. [12.] Admitted.

4. [13.] Denied.

5. [14.] Denied.

6. [15.] Denied.

## FIRST AFFIRMATIVE DEFENSE

1. The counterclaim fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

2. Counterclaimant's claims are barred in whole or in part by the doctrine of equitable estoppel.

## THIRD AFFIRMATIVE DEFENSE

3. Counterclaimant voluntarily resigned thereby barring the counterclaim.

## FOURTH AFFIRMATIVE DEFENSE

4. Counterclaimant's claims are barred because the Pennsylvania Wage Payment and Collection Law is not applicable because Mattern & Associates, LLC has its principal place of business in Delaware and Counterclaimant worked out of the Delaware office.

## FIFTH AFFIRMATIVE DEFENSE

5. Counterclaim's claims under the Pennsylvania Wage Payment and Collection Law are barred because Counterclaimant's last day of employment at Mattern & Associates, LLC was on April 9, 2005 and he has been paid through the end of April 2005.

## SIXTH AFFIRMATIVE DEFENSE

6. Counterclaimant's material breaches of the contract excused Robert Mattern's duty to perform under the LLC Agreement.

## SEVENTH AFFIRMATIVE DEFENSE

7. Counterclaimant's acceptance of a check rendered by Mattern & Associates, LLC for shares owned represented an accord and satisfaction.

## EIGHTH AFFIRMATIVE DEFENSE

8. Counterclaimant's solicitation of Mattern & Associates, LLC's competitors for business and personal use of the company credit card gave Robert Mattern the power to avoid the contract.

## NINTH AFFIRMATIVE DEFENSE

9. Counterclaimant's claims are barred by the doctrine of unclean hands.

## TENTH AFFIRMATIVE DEFENSE

10. Counterclaimant's claims are barred by his own failure to comply with the provision of the LLC Agreement.

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ George H. Seitz, III
_____
GEORGE H. SEITZ, III (#667)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19801
(302) 888-0600
Attorney for Plaintiff

Dated: June 23, 2006

## CERTIFICATE OF SERVICE

I, GEORGE H. SEITZ, III, hereby certify that on this 23rd day of June, 2006, I caused the foregoing *Plaintiff's Answer to Defendant John Seidel's Counterclaims* to be served via CM/ECF and first class mail on counsel as follows:

>Paul A. Wernle, Jr., Esquire
>Law Office of Paul A. Wernle
>92 Read's Way, Suite 106
>New Castle Corporate Commons
>New Castle, DE  19720
>
>**Via First Class Mail**
>Robert J. Hagerty, Esquire
>Capehart & Scatchard, P.A.
>Laurel Corporate Center
>8000 Midatlantic Drive, Suite 300
>Mt. Laurel, NJ 08054

/s/ George H. Seitz III
_____
GEORGE H. SEITZ, III (#667)

Dated:  June 23, 2006

54697 v1