IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTERN & ASSOCIATES, L.L.C.,<br>          Plaintiff and Counterclaim Defendant. | |
| v. | Civil Action No. 1:06-CV-36 KAJ |
| JOHN SEIDEL,<br>          Defendant and Counterclaim Plaintiff . | |

## NOTICE OF SERVICE

I, GEORGE H. SEITZ, III, Esquire, hereby certify that on this 29th day of June, 2006, I caused copies of this *Notice of Service* along with the *Plaintiff Mattern & Associates, L.L.C.'s Initial Disclosures Pursuant to Federal Rules of Civil Procedure 26(a)(1)* to be served as follows:

**Via CM/ECF**
Paul A. Wernle, Jr., Esquire
Law Office of Paul A. Wernle
92 Read's Way, Suite 106
New Castle Corporate Commons
New Castle, DE  19720

**Via First Class Mail**
Robert J. Hagerty, Esquire
Capehart & Scatchard, P.A.
Laurel Corporate Center
8000 Midatlantic Drive, Suite 300
Mt. Laurel, NJ 08054

SEITZ, VAN OGTROP & GREEN, P.A.

/s/  *George H. Seitz, III*
_____
GEORGE H. SEITZ, III (#667)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19801
(302) 888-0600
(302) 888-0606 - facsimile

Attorneys for Plaintiff

Dated:  June 29, 2006

54797 v1