

Robert J. Hagerty
856.914.2076
rhagerty@capehart.com

July 13, 2006

Honorable Kent A. Jordan
J. Caleb Boggs Federal Building
Courtroom 6A
844 N. King Street
Wilmington, DE 19801

Re:   Mattern & Associates, LLC v. Seidel
      Civil Action No.: 06-CV-36

Dear Judge Jordan:

    I represent the defendant John Seidel in this matter. I have received the Court's order setting a telephone scheduling conference for August 14, 2006 at 9:30 a.m. I will be out of town on a prepaid vacation on that date. I respectfully request that the conference be adjourned to another date. Thank you for your consideration.

                                                Respectfully yours,

                                                CAPEHART & SCATCHARD, P.A.

                                                Robert J. Hagerty

RJH/ndj
673552
cc:   John Seidel
      Paul A. Wernle, Jr., Esq.
      George H. Seitz, III, Esq.