## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MATTERN & ASSOCIATES, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No.:  06-36 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN SEIDEL, | ) | |
| | ) | |
| Defendant-Third Party | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT MATTERN, individually, and | ) | |
| J. DOES 1-50, fictitious individuals, and | ) | |
| ABC ENTITIES 1-50, fictitious entities, | ) | |
| | ) | |
| Defendant-Third Party | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

I, GEORGE H. SEITZ, III, Esquire, hereby certify that on this 20th day of July, 2006, I

caused copies of this *Notice of Service* along with the *Plaintiff's Response to Defendant Seidel's*

*First Set of Document Requests* to be served as follows:

**Via Facsimile**
Paul A. Wernle, Jr., Esquire
Law Office of Paul A. Wernle
92 Read's Way, Suite 106
New Castle Corporate Commons
New Castle, DE  19720

**Via CM/ECF and Facsimile**
Robert J. Hagerty, Esquire
Capehart & Scatchard, P.A.
Laurel Corporate Center
8000 Midatlantic Drive, Suite 300
Mt. Laurel, NJ 08054

SEITZ, VAN OGTROP & GREEN, P.A.

/s/  *George H. Seitz, III*

_____
GEORGE H. SEITZ, III (#667)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19801
(302) 888-0600
(302) 888-0606 - facsimile

Attorneys for Plaintiff

Dated:  July 20, 2006