IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MATTERN & ASSOCIATES, L.L.C., | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO.: 06cv 36 KAJ |
| vs. | : | |
| | : | |
| JOHN SEIDEL, | : | **INITIAL DISCLOSURES OF** |
| | : | **DEFENDANT,** |
| Defendant-Third Party | : | **JOHN SEIDEL, PURSUANT TO FED. R.** |
| Plaintiff, | : | **CIV. P. 26** |
| | : | |
| vs. | : | |
| | : | |
| ROBERT MATTERN, | : | |
| | : | |
| Third-Party | : | |
| Defendant. | : | |

Pursuant to Fed. R. Civ. P. 26, defendant, John Seidel ("Seidel") makes the following disclosures:

**(A) the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;**

In addition to all persons identified in plaintiff's and third-party defendant's Rule 26 disclosures, and all persons identified in discovery:

John Seidel, c/o Robert J. Hagerty, 856-914-2076, has knowledge of the commissions he has earned but not been paid and has knowledge of his termination from employment by third-party defendant Robert Mattern.

1

Robert Mattern has knowledge of the commissions Seidel has earned but not been paid and has knowledge of Seidel's termination from employment by Robert Mattern.

Dick Schwartz of Reach Marketing, 609-529-1955, has knowledge of the plaintiff's commission plan structure and the payment of commissions over time for cash flow purposes.

**(B) a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;**

The following documents, unless privileged or protected from disclosure, are available for inspection and copying of the Law Office of Capehart Scatchard at a mutually convenient time: 2005 Compensation Plan for John Seidel; Amended and Restated LLC Agreement for Mattern & Associates, LLC; various emails and memos regarding owed compensation, tracking reports of money owed, and the like.

**(C) a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered;**

Defendant can not compute his damage claims for unpaid commissions or the value of his share of Mattern & Associates, LLC, until plaintiff responds to his document request and produces the documents. Attorneys' fees and costs will be calculated at the appropriate time.

**(D) for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a**

2

judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

None.

By: *(signature)*
Paul A. Wernle, Jr. (No. 2461)
92 Reads Way
Suite 106
New Castle, Delaware 19720-1631
(302) 221-3342

*(signature)*
Robert J. Hagerty (Admitted *pro hac vice*)
Capehart & Scatchard
8000 Midlantic Drive
Suite 300
Mount Laurel, New Jersey 08054
(856) 914-2076
Attorneys for Defendant, John Seidel

Dated: 7/17/06

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTERN & ASSOCIATES, L.L.C., | : |
| | : CIVIL ACTION NO.: 05cv669 (FLW) |
| Plaintiff, | : |
| | : |
| vs. | : **INITIAL DISCLOSURES OF** |
| | : **DEFENDANT,** |
| JOHN SEIDEL, | : **JOHN SEIDEL, PURSUANT TO FED.R.** |
| | : **CIV.P.26** |
| Defendant-Third Party Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| ROBERT MATTERN, | : |
| | : |
| Third-Party Defendant. | : |

## NOTICE OF SERVICE

I, Paul A. Wernlé, Jr., Esquire, hereby certify that I caused two (2) copies of the foregoing Initial Disclosures of Defendant, John Seidel, Pursuant to Fed. R. Civ. P. 26 to be served via first-class mail, postage prepaid, this 24th day of July, 2006, upon the following counsel:

SEITZ, VAN OGTROP & GREEN, P.A.
George H. Seitz, III
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

LAW OFFICE OF PAUL A. WERNLÉ

BY: _____
PAUL A. WENRLÉ, JR., ESQUIRE
92 Read's Way, Suite 106
New Castle Corporate Commons
New Castle, Delaware 19720
(302) 221-3342
Attorney for Defendant, John Seidel

LAW OFFICE OF PAUL A. WERNLÉ
ATTORNEY AT LAW
92 READ'S WAY, SUITE 106
NEW CASTLE CORPORATE COMMONS
NEW CASTLE, DE 19720

WILMINGTON DE 197
31 JUL 2006 PM 2 L

US DISTRICT COURT OF DE
844 North King Street, Room 4209
Lockbox 18
Wilmington, DE 19801