IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MATTERN & ASSOCIATES, L.L.C., | ) | |
| Plaintiff. | ) ) ) | C.A. No. 1:06-CV-36 KAJ |
| v. | ) ) ) | |
| JOHN SEIDEL, | ) ) | |
| Defendant and Third Party Plaintiff. | ) ) ) | |
| v. | ) ) ) | |
| ROBERT MATTERN, ABC ENTITIES 1-50, and J. Does 1-50, | ) ) ) ) | |
| Third Party Defendants. | ) | |

**THIRD PARTY DEFENDANTS' ANSWER TO
THIRD PARTY COMPLAINT OF DEFENDANT JOHN SEIDEL**

1. To the extent that a responsive pleading is required, Third Party Defendant incorporates by reference Plaintiff Mattern & Associates, LLC's responses to the counterclaim.

2. Denied.

3. Denied.

4. Denied.

55306 v1

## FIRST AFFIRMATIVE DEFENSE

1.  The third party complaint fails to state a claim upon which relief may be granted in that under FRCP 14 Third Party Defendant is not liable to Plaintiff for any of the claims asserted in the Complaint.

## SECOND AFFIRMATIVE DEFENSE

2.  Third Party Plaintiff's claims are barred in whole or in part by the doctrine of equitable estoppel.

## THIRD AFFIRMATIVE DEFENSE

3.  Third Party Plaintiff's claims are barred by the Pennsylvania Wage Payment and Collection Law because Mattern & Associates, LLC has its principal place of business in Delaware and the Third Party Plaintiff worked in Delaware.

## FOURTH AFFIRMATIVE DEFENSE

4.  Third Party Plaintiff's claims are barred by the one year statute of limitations imposed under the Delaware Wage Payment and Collection Act. 19 *Del. C.* §1101; 10 *Del. C.* § 8111.

## FIFTH AFFIRMATIVE DEFENSE

5.  Third Party Plaintiff's claims are barred under the Pennsylvania Wage Payment and Collection Law and the Delaware Wage Payment and Collection Act because Third Party

Plaintiff's last day of employment at Mattern & Associates, LLC was on April 9, 2005 and he has been paid through the end of April 2005.

### SIXTH AFFIRMATIVE DEFENSE

6. Third Party Plaintiff's claims are barred under the Delaware Wage Payment and Collection Act since the Third Party Defendant acted with reasonable grounds for dispute. 19 Del. C. § 1103(b).

### SEVENTH AFFIRMATIVE DEFENSE

7. Third Party Plaintiff's claims are barred under the Pennsylvania Wage Payment and Collection Law since the Third Party Defendant acted in accordance with a good faith contest or dispute of any and all wage claims asserted by the Third Party Plaintiff. 43 P.S. § 260.10.

### EIGHTH AFFIRMATIVE DEFENSE

8. Third Party Plaintiff's claims are barred by the doctrine of unclean hands.

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ George H. Seitz, III
_____
GEORGE H. SEITZ, III (#667)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19801
(302) 888-0600
Attorney for Plaintiff and Third Party Defendant

Dated: August 4, 2006

## CERTIFICATE OF SERVICE

I, JAMES S. GREEN, hereby certify that on this 4th day of August, 2006, I caused the foregoing *Third Party Defendants' Answer to Third Party Complaint of Defendant John Seidel* to be served on counsel as follows:

**Via First Class Mail**
Paul A. Wernle, Jr., Esquire
Law Office of Paul A. Wernle
92 Read's Way, Suite 106
New Castle Corporate Commons
New Castle, DE  19720

**Via CM/ECF**
Robert J. Hagerty, Esquire
Capehart & Scatchard, P.A.
Laurel Corporate Center
8000 Midatlantic Drive, Suite 300
Mt. Laurel, NJ 08054

/s/ *James S. Green*
_____
JAMES S. GREEN (#481)

Dated: August 4, 2006

55307 v1