IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTERN & ASSOCIATES, L.L.C., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-36-KAJ |
| JOHN SEIDEL, | ) |
| Defendant and Third-Party Plaintiff, | ) |
| v. | ) |
| ROBERT MATTERN, individually and J. DOES 1-50, fictitious individuals, and ABC ENTITIES 1-50, fictitious entities, | ) |
| Third-Party Defendants. | ) |

## ORDER

At Wilmington this **10th** day of **August, 2006**,

IT IS ORDERED that the Rule 16 scheduling teleconference presently set for **August 14, 2006 at 9:30 a.m.** is hereby rescheduled to **August 28, 2006 at 10:00 a.m.** Counsel for Plaintiff shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE