IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **MATTERN & ASSOCIATES, L.L.C.,**<br><br>Plaintiff.<br><br>v.<br><br>**JOHN SEIDEL,**<br><br>Defendant and Third Party Plaintiff.<br><br>v.<br><br>**ROBERT MATTERN,**<br>**ABC ENTITIES 1-50, and**<br>**J. Does 1-50,**<br><br>Third Party Defendants. | C.A. No. 1:06-CV-36 KAJ |

## NOTICE OF SERVICE

I, GEORGE H. SEITZ, III, Esquire, hereby certify that on this 25th day of August, 2006, I caused copies of this *Notice of Service* along with the *Plaintiff Mattern & Associates, L.L.C.'s First Set of Requests for Production of Documents and Things to Defendant John Seidel* to be served as follows:

**Via First Class Mail and Facsimile**
Paul A. Wernle, Jr., Esquire
Law Office of Paul A. Wernle
92 Read's Way, Suite 106
New Castle Corporate Commons
New Castle, DE  19720

**Via CM/ECF and Facsimile**
Robert J. Hagerty, Esquire
Capehart & Scatchard, P.A.
Laurel Corporate Center
8000 Midatlantic Drive, Suite 300
Mt. Laurel, NJ 08054

55624 v1

                            SEITZ, VAN OGTROP & GREEN, P.A.

                            /s/ *George H. Seitz, III*
                            _____
                            GEORGE H. SEITZ, III (#667)
                            222 Delaware Avenue, Suite 1500
                            P.O. Box 68
                            Wilmington, DE  19801
                            (302) 888-0600
                            (302) 888-0606 - facsimile

                            Attorneys for Plaintiff

Dated:  August 25, 2006

55624 v1