IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTERN & ASSOCIATES, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-36-KAJ |
| | ) |
| JOHN SEIDEL, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this **28th** day of **August, 2006**,

Defendant John Seidel filed an Answer, Amended Counterclaim and Amended Third-Party Complaint (D.I. 19) on July 10, 2006. Leave to amend is unopposed and is therefore GRANTED, the effective date of the amendment being July 10, 2006.

_____
UNITED STATES DISTRICT JUDGE