# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| **MATTERN & ASSOCIATES, L.L.C.,** )<br>)<br>    **Plaintiff.** )<br>)<br>) <br>)<br>    v. )<br>)<br>)<br>**JOHN SEIDEL,** )<br>)<br>    **Defendant and Third Party Plaintiff.** )<br>)<br>)<br>    v. )<br>)<br>)<br>**ROBERT MATTERN,** )<br>**ABC ENTITIES 1-50, and** )<br>**J. Does 1-50,** )<br>)<br>    **Third Party Defendants.** ) | **C.A. No. 1:06-CV-36 KAJ** |

## NOTICE OF SERVICE

I, GEORGE H. SEITZ, III, Esquire, hereby certify that on the 31st day of August, 2006, I caused copies of the ***Plaintiff's Response to Defendant's First Request for Production of Documents*** to be served as follows:

> **Via First Class Mail**
> Robert J. Hagerty, Esquire
> Capehart & Scatchard, P.A.
> Laurel Corporate Center
> 8000 Midatlantic Drive, Suite 300
> Mt. Laurel, NJ 08054

55744 v1

                        SEITZ, VAN OGTROP & GREEN, P.A.

                        /s/ *George H. Seitz, III*

                        ―――――――――――――――――――
                        GEORGE H. SEITZ, III (#667)
                        222 Delaware Avenue, Suite 1500
                        P.O. Box 68
                        Wilmington, DE  19801
                        (302) 888-0600
                        (302) 888-0606 - facsimile

                        Attorneys for Plaintiff

Dated:  September 1, 2006