IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MATTERN & ASSOCIATES, L.L.C.,** | ) | |
| | ) | |
| Plaintiff and Counterclaim Defendant. | ) | |
| | ) | C.A. No. 1:06-CV-36 KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| **JOHN SEIDEL,** | ) | |
| | ) | |
| Defendant, Counterclaim Plaintiff and Third Party Plaintiff. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **ROBERT MATTERN,** | ) | |
| **ABC ENTITIES 1-50, and** | ) | |
| **J. Does 1-50,** | ) | |
| | ) | |
| Third Party Defendants. | ) | |

**PLAINTIFF'S ANSWER TO
<u>DEFENDANT JOHN SEIDEL'S AMENDED COUNTERCLAIM</u>**

<u>Count I</u>

1. Admitted that Mattern & Associates is a Pennsylvania Limited Liability Company, the balance of the allegations are denied.

2. Denied.

3. Admitted.

4. Admitted.

54441 v1

5. Admitted that a Pennsylvania employee may bring a civil action under Pennsylvania law for unpaid wages and attorneys fees. Denied that this law is applicable here.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

## Count II

1. [12]. Counterclaim defendant repeats its reposes to paragraphs 1 through 11 above.

2. [13]. The Agreement speaks for itself and no responsive pleading is required.

3. [14.] Admitted.

4. [15.] Denied.

5. [16.] Denied.

6. [17.] Denied.

### FIRST AFFIRMATIVE DEFENSE

1. The Counterclaimant fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

2. Counterclaimant's claims are barred in whole or in part by the doctrine(s) of equitable estoppel and/or unclean hands.

## THIRD AFFIRMATIVE DEFENSE

3. Counterclaimant's claim for Unit value is barred because he voluntarily resigned his position, which under Section 7.4 of the L.L.C. Agreement entitled him to One Dollar ($1.00) per Unit.

## FOURTH AFFIRMATIVE DEFENSE

4. Counterclaimant's claims are barred because the Pennsylvania Wage Payment and Collection Law is not applicable because Mattern & Associates, L.L.C. ("M&A") has its principal place of business in Delaware and Counterclaimant worked out of the Delaware office.

## FIFTH AFFIRMATIVE DEFENSE

5. Counterclaimant's claims are barred by the one year statute of limitations imposed under the Delaware Wage Payment and Collection Act. 19 Del.C. § 1101; 10 Del.C. § 8111.

## SIXTH AFFIRMATIVE DEFENSE

6. Counterclaimant's claims are barred under the Pennsylvania Wage Payment and Collection Law and the Delaware Wage Payment and Collection Act because Counterclaimant's last day of employment at M&A was on April 11, 2005 and he has been paid through the end of April 2005.

## SEVENTH AFFIRMATIVE DEFENSE

7. Counterclaimant's claims are barred under the Delaware Wage Payment and Collection Act since the Plaintiff acted with reasonable grounds for dispute. 19 Del.C.

§ 1103(b).

### EIGHTH AFFIRMATIVE DEFENSE

8. Counterclaimant's claims are barred under the Pennsylvania Wage Payment and Collection Law since the Plaintiff acted in accordance with a good faith contest or dispute of any and all wage claims asserted by the Counterclaimant. 43 P.S. § 260.10.

### NINTH AFFIRMATIVE DEFENSE

9. Counterclaimant's material breaches of the contract excused M&A's duty to perform under the L.L.C. Agreement.

### TENTH AFFIRMATIVE DEFENSE

10. Counterclaimant's claims are barred by his own failure to comply with the provisions of the L.L.C. Agreement.

SEITZ, VAN OGTROP & GREEN, P.A.

*/s/ George H. Seitz, III*

GEORGE H. SEITZ, III (#667)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19801
(302) 888-0600
Attorney for Plaintiff and Counterclaim Defendant.

Dated: August 31, 2006

## CERTIFICATE OF SERVICE

I, GEORGE H. SEITZ, III, hereby certify that on this 1st day of September, 2006, I caused the foregoing *Plaintiff's Answer to Defendant John Seidel's Amended Counterclaims* to be served on counsel as follows:

**Via First Class Mail and Facsimile**
Paul A. Wernle, Jr., Esquire
Law Office of Paul A. Wernle
92 Read's Way, Suite 106
New Castle Corporate Commons
New Castle, DE 19720

**Via CM/ECF**
Robert J. Hagerty, Esquire
Capehart & Scatchard, P.A.
Laurel Corporate Center
8000 Midatlantic Drive, Suite 300
Mt. Laurel, NJ 08054

/s/ George H. Seitz, III
_____
GEORGE H. SEITZ, III (#667)

Dated: September 1, 2006

55756 v1