IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| MATTERN & ASSOCIATES, L.L.C., )<br>)<br>Plaintiff. )<br>)<br>)<br>v. )<br>)<br>)<br>JOHN SEIDEL, )<br>)<br>Defendant and Third Party Plaintiff. )<br>)<br>)<br>v. )<br>)<br>)<br>ROBERT MATTERN, )<br>ABC ENTITIES 1-50, and )<br>J. Does 1-50, )<br>)<br>Third Party Defendants. ) | C.A. No. 1:06-CV-36 KAJ |

## NOTICE OF SERVICE

I, GEORGE H. SEITZ, III, Esquire, hereby certify that on the 7th day of September, 2006, I caused a copy of this *Notice of Service* and a copy of *Plaintiff Mattern & Associates, L.L.C.'s First Set of Interrogatories to Defendant John Seidel* to be served as follows:

**Via CM/ECF and Facsimile**
Robert J. Hagerty, Esquire
Capehart & Scatchard, P.A.
Laurel Corporate Center
8000 Midatlantic Drive, Suite 300
Mt. Laurel, NJ 08054

**Via Facsimile**
Paul A. Wernle, Jr., Esquire
Law Office of Paul A. Wernle
92 Read's Way, Suite 106
New Castle Corporate Commons
New Castle, DE 19720

55817 v1

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ *George H. Seitz, III*
_____
GEORGE H. SEITZ, III (#667)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19801
(302) 888-0600
(302) 888-0606 - facsimile

Attorneys for Plaintiff

Dated:  September 7, 2006

55817 v1