IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTERN & ASSOCIATES, L.L.C., | : |
|     Plaintiff, | : |
| | : CIVIL ACTION NO.: 05cv669 (FLW) |
| vs. | : |
| | : |
| JOHN SEIDEL, | : **NOTICE OF SERVICE OF SEIDEL'S** |
| | : **RESPONSE TO MATTERN'S FIRST SET** |
|     Defendant-Third Party | : **OF DOCUMENT REQUESTS** |
|     Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| ROBERT MATTERN, | : |
| | : |
|     Third-Party | : |
|     Defendant. | : |

I, Robert J. Hagerty, hereby certify that on the 26th day of September, 2006, I caused copies of this Notice of Service and Seidel's Response to Mattern's First Set of Document Requests to be served via facsimile and first class mail on:

    George H. Seitz, III, Esq.
    Seitz, Van Ogtrop & Green, P.A.
    222 Delaware Avenue, Suite 1500
    P.O. Box 68
    Wilmington, DE 19801

                                /s/ Paul A. Wernle, Jr.
                      By:  Paul A. Wernle, Jr. (No. 2461)
                            92 Reads Way
                            Suite 106
                            New Castle, Delaware 19720-1631
                            (302) 221-3342

2

      /s/ Robert J. Hagerty
Robert J. Hagerty (Admitted *pro hac vice*)
Capehart & Scatchard
8000 Midlantic Drive
Suite 300
Mount Laurel, New Jersey 08054
(856) 914-2076