IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTERN & ASSOCIATES, L.L.C., )<br>)<br>Plaintiff. )<br>)<br>v. )<br>)<br>JOHN SEIDEL, )<br>)<br>Defendant and Third Party Plaintiff. )<br>)<br>v. )<br>)<br>ROBERT MATTERN, )<br>ABC ENTITIES 1-50, and )<br>J. Does 1-50, )<br>)<br>Third Party Defendants. ) | C.A. No. 1:06-CV-36 KAJ |

## *STIPULATION*

**IT IS HEREBY** stipulated and agreed this 5th day of October, 2006, subject to the Court's approval, that the time for filing of the expert disclosures, pursuant to the Scheduling Order, Paragraph 3(d), is extended to October 31, 2006.

LAW OFFICE OF PAUL A. WERNLE

BY: _____
PAUL A. WERNLE, JR.
92 Read's Way
Suite 106
New Castle, DE 19720
(302) 221-3342
Attorneys for Plaintiff

SEITZ, VAN OGTROP & GREEN, P.A.

BY: _____
GEORGE H. SEITZ, III (No. 667)
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600
Attorneys for Defendants

SO ORDERED THIS _____ DAY OF _____, 2006

_____
J.

56104 v1