# SEITZ, VAN OGTROP & GREEN, P.A.

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE

Writer's Direct Dial:  (302) 888-7602
Writer's E-Mail Address:  gseitz@svglaw.com
www.lawyers.com/svglaw

(302) 888-0600
FAX: (302) 888-0606

October 10, 2006

**VIA CM/ECF AND HAND DELIVERY**
The Honorable Kent A. Jordan
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325
Lockbox 10
Wilmington, DE 19801

> RE: *Mattern & Associates, L.L.C. v. John Seidel*
> Case No.  1:06-CV-36

Dear Judge Jordan:

Enclosed please find a copy of the Joint Status Report filed pursuant to this Court's Scheduling Order.  A status conference is scheduled for Monday, October 16, 2006 at 4:30 p.m.

Respectfully submitted,

George H. Seitz, III

cc:    Robert Hagerty, Esquire (w/encl.) (via CM/ECF)
       Paul Wernle, Esquire (w/encl.) (via facsímile)
       Mr. Robert Mattern (w/encl.)

56184 v1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MATTERN & ASSOCIATES, L.L.C., | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | C.A. No. 1:06-CV-36 KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JOHN SEIDEL, | ) | |
| | ) | |
| Defendant and Third Party Plaintiff. | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| ROBERT MATTERN, | ) | |
| ABC ENTITIES 1-50, and | ) | |
| J. Does 1-50, | ) | |
| | ) | |
| Third Party Defendants. | ) | |

## JOINT STATUS REPORT

### I.    Nature of the Proceedings

**Plaintiff's Contentions**

The present litigation concerns allegations by Mattern & Associates, L.L.C. ("M&A") that John Seidel ("Seidel") is in possession of, or continues to use, privileged information belonging to M&A, including but not limited to: trade secrets, databases, customer lists, Request for Proposals, Request for Proposal templates, workflow analysis, benchmarking data, on-site questionnaires for gathering information, guides for analyzing mail, copy, fax, records operations, cost recovery systems, and the "Mattern Method®", all in violation of the LLC Agreement Defendant signed with M&A.  M&A further

contends that Seidel has engaged in a course of competitive conduct with M&A since February of 2005. M&A denies liability under these counterclaims as discussed below.

**Defendant's Contentions**

Seidel denies the possession or use of privileged information belonging to M&A, including but not limited to: trade secrets, databases, customer lists, Request for Proposals, Request for Proposal templates, workflow analysis, benchmarking data, on-site questionnaires for gathering information, guides for analyzing mail, copy, fax, records operations, cost recovery systems, and the "Mattern Method®". Seidel filed a counterclaim based on his contention that he did not resign from M&A but was in fact terminated. Until, recently, Seidel was employed by Konica Minolta Business Solutions and denies any competitive conduct with M&A because Seidel has been employed selling copying machines, which Defendant contends is not competitive with M&A. Seidel is now employed by Stewart Business Systems selling copying machines. Seidel has counterclaimed for unpaid commissions and for an order compelling M&A to purchase his 3% ownership interest in M&A. Seidel's commission claims are asserted pursuant to both Pennsylvania and Delaware law. M&A asserted affirmative defenses to these claims.

The action was filed in the Court of Chancery of the State of Delaware on December 16, 2005. On January 18, 2006 the defense filed a Notice of Removal from the Court of Chancery to the United States District Court for the State of Delaware. The present action was assigned to your Honor on January 25, 2006. On February 9, 2006 the defense then filed an Opening Brief in Support of its Motion to Transfer Venue to either the Eastern District of Pennsylvania or to the District of New Jersey. After both parties

submitted briefs on the issue a Hearing was held before the Court on May 11, 2006 whereby the Defendant's Motion to Transfer Venue was denied.

**II.    Status of Discovery & Mediation**

Both parties have complied with the requirements of Rule 26(a)(1). Both parties have served discovery requests and filed responses to the First Set of Document Requests. Defendant's responses to Plaintiff's Request for Admissions and First Set of Interrogatories were received today. The Defendant filed a Second Set of Document Requests on October 6, 2006. The use of any expert witnesses must be disclosed by October 31, 2006. Discovery is scheduled to close on November 30, 2006. A mediation conference with Judge Thynge is scheduled for April 30, 2007.

Plaintiff is in the process of scheduling a deposition of Seidel, however, Defendant has suggested that the time and expense associated with depositions be deferred until after the mediation conference scheduled with Judge Thynge on April 30, 2007. Plaintiff is opposed to this proposal.

**III.    Miscellaneous**

At the present time neither party anticipates amendment of the pleadings or joinder of additional parties. This matter is currently scheduled for a four (4) day jury trial beginning at 9:30 a.m. on July 23, 2007.

A status teleconference is scheduled with the Court for 4:30 p.m. on October 16, 2006.

Dated this 10th day October, 2006

SEITZ, VAN OGTROP & GREEN, P.A.
George H. Seitz, III (#667)
222 Delaware Avenue
Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-7602
Attorney for Plaintiff

Paul A. Wernle, Jr. (#2461)
92 Reads Way
Suite 106
New Castle, Delaware 19720-1631
(302) 221-3342
Attorney for Defendant

OF COUNSEL:

Robert J. Hagerty
(Admitted *pro hac vice*)
Laurel Corporate Center
8000 Midlantic Drive
Suite 300
Mount Laurel, NJ 08054
(856) 234-6800