IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTERN & ASSOCIATES, L.L.C., | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO.: 05cv669 (FLW) |
| vs. | : |
| | : |
| JOHN SEIDEL, | : **NOTICE OF SERVICE OF** |
| | : **DEFENDANT'S SECOND SET OF** |
| Defendant-Third Party Plaintiff, | : **DOCUMENT REQUESTS** |
| | : |
| vs. | : |
| | : |
| ROBERT MATTERN, | : |
| | : |
| Third-Party Defendant. | : |

I, Robert J. Hagerty, hereby certify that on the 6th day of October, 2006, I caused copies of this Notice of Service and Seidel's Second Set of Document Requests to be served via facsimile and first class mail on:

George H. Seitz, III, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19801

                                              /s/ Paul A. Wernle, Jr.
                            By:  Paul A. Wernle, Jr. (No. 2461)
                                 92 Reads Way
                                 Suite 106
                                 New Castle, Delaware  19720-1631
                                 (302) 221-3342

/s/ Robert J. Hagerty
Robert J. Hagerty (Admitted *pro hac vice*)
Capehart & Scatchard
8000 Midlantic Drive
Suite 300
Mount Laurel, New Jersey 08054
(856) 914-2076

2