IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTERN & ASSOCIATES, L.L.C., : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO.: 05cv669 (FLW) |
| vs. : | |
| : | |
| JOHN SEIDEL, : | **NOTICE OF SERVICE OF SEIDEL'S** |
| : | **ANSWERS TO MATTERN'S FIRST SET** |
| Defendant-Third Party : | **OF INTERROGATORIES AND** |
| Plaintiff, : | **REQUEST FOR ADMISSIONS** |
| : | |
| vs. : | |
| : | |
| ROBERT MATTERN, : | |
| : | |
| Third-Party : | |
| Defendant. : | |

I, Robert J. Hagerty, hereby certify that on the 26th day of September, 2006, I caused copies of this Notice of Service and Seidel's Answers to Mattern's First Set of Interrogatories and Request for Admissions to be served via facsimile and first class mail on:

George H. Seitz, III, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19801

By:  /s/ Paul A. Wernle, Jr.
Paul A. Wernle, Jr. (No. 2461)
92 Reads Way
Suite 106
New Castle, Delaware  19720-1631
(302) 221-3342

2

                                                   /s/ Robert J. Hagerty  
Robert J. Hagerty (Admitted *pro hac vice*)  
Capehart & Scatchard  
8000 Midlantic Drive  
Suite 300  
Mount Laurel, New Jersey 08054  
(856) 914-2076