IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTERN & ASSOCIATES, L.L.C., )<br>)<br>Plaintiff. )<br>) <br>) C.A. No. 1:06-CV-36 KAJ<br>)<br>v. )<br>)<br>)<br>JOHN SEIDEL, )<br>)<br>Defendant and Third Party Plaintiff. )<br>)<br>)<br>v. )<br>)<br>)<br>ROBERT MATTERN, )<br>ABC ENTITIES 1-50, and )<br>J. Does 1-50, )<br>)<br>Third Party Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of, Imogene E. Hughes, Esquire and Andrew J. Shapren, Esquire, of the law firm of Rubin, Fortunato & Harbison, P.C., MCS Building, 10 South Leopard Road, Paoli, Pennsylvania to represent Plaintiff Mattern and Associates, PC in the above matter.

56471 v1

SEITZ, VAN OGTROP & GREEN, P.A.

BY: /s/ George H. Seitz, III
_____
GEORGE H. SEITZ, III, ID #667
gseitz@svglaw.com
222 Delaware Avenue
Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
Attorneys for Plaintiff Mattern & Associates, PC

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* counsel's motion for admission pro hac vice is granted.

DATED: _____   _____
                              United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

☐ has been paid to the Clerk of Court

X will be submitted to the Clerk's Office upon the filing of this motion.

BY: *Imogene E. Hughes*
Imogene E. Hughes
Rubin, Fortunato & Harbison, P.C.
MCS Building
10 South Leopard Road
Paoli, Pennsylvania 19301
(610) 408-2015 (Phone)
(610) 408-4310 (Facsimile)

DATED: October 26, 2006

56472 v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, State of New Jersey and State of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

☐   has been paid to the Clerk of Court

X   will be submitted to the Clerk's Office upon the filing of this motion.

BY: _____
Andrew J. Shaffen
Rubin Fortunato
MCS Building
10 South Leopard Road
Paoli, Pennsylvania 19301
(610) 408-2015 (Phone)
(610) 408-4310 (Facsimile)

DATED: 10/26/06

56489 v1

## CERTIFICATE OF SERVICE

I, George H. Seitz, III, Esquire, hereby certify that on this 27th day of October 2006, I electronically filed the foregoing *Motion and Order for Admission Pro Hac* Vice with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record and also upon the following by facsimile to:

>Paul A. Wernle, Jr., Esquire
>Law Office of Paul A. Wernle
>92 Read's Way, Suite 106
>New Castle Corporate Commons
>New Castle, DE  19720

/s/ George H. Seitz
_____
George H. Seitz, III (ID No. 667)
gseitz@svglaw.com

56492 v1