IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTERN & ASSOCIATES, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 1:06-CV-36 KAJ |
| ) | |
| v. ) | |
| ) | |
| JOHN SEIDEL, ) | |
| ) | |
| Defendant and Third Party Plaintiff. ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERT MATTERN, ) | |
| ABC ENTITIES 1-50, and ) | |
| J. Does 1-50, ) | |
| ) | |
| Third Party Defendants. ) | |

### STIPULATION TO AMEND SCHEDULING ORDER

**IT IS HEREBY** stipulated and agreed this ____ day of _____, 2006, subject to the Court's approval, that the Scheduling Order entered on August 29, 2006, is hereby amended as follows:

1. The time to complete factual discovery, pursuant to the Scheduling Order, Paragraph 3(c), is extended to December 31, 2006.

2. The time for the filing of expert disclosures, pursuant to the Scheduling Order, Paragraph 3(d), is extended to December 31, 2006. The time to file supplemental disclosures to

contradict or rebut evidence on the same subject matter identified by another party is extended to January 31, 2007.

LAW OFFICE OF PAUL A. WERNLE

BY: _____
PAUL A. WERNLE, JR.
92 Read's Way
Suite 106
New Castle, DE 19720
(302) 221-3342
Attorneys for Plaintiff

SEITZ, VAN OGTROP & GREEN, P.A.

BY: _____
GEORGE H. SEITZ, III (No. 667)
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600
Attorneys for Defendants

IT IS SO ORDERED THIS _____ DAY OF _____, 2006

_____
J.

## CERTIFICATE OF SERVICE

I, George H. Seitz, III, Esquire, hereby certify that on this 1st day of November 2006, I electronically filed the foregoing *Stipulation to Amend Scheduling Order* with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record and also upon the following by facsimile to:

>Paul A. Wernle, Jr., Esquire
>Law Office of Paul A. Wernle
>92 Read's Way, Suite 106
>New Castle Corporate Commons
>New Castle, DE 19720

/s/ George H. Seitz,
_____
George H. Seitz, III (ID No. 667)
gseitz@svglaw.com

56568 v1