IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTERN & ASSOCIATES, L.L.C.,<br><br>Plaintiff.<br><br>v.<br><br>JOHN SEIDEL,<br><br>Defendant and Third Party Plaintiff.<br><br>v.<br><br>ROBERT MATTERN,<br>ABC ENTITIES 1-50, and<br>J. Does 1-50,<br><br>Third Party Defendants. | C.A. No. 1:06-CV-36 KAJ |

## *STIPULATION*

**IT IS HEREBY** stipulated and agreed this ____ day of _____, 2006, subject to the Court's approval, that the Plaintiff's time to respond to Defendant's Second Set of Document Requests pursuant to Federal Rule of Civil Procedure 34 (b), is extended to November 27, 2006.

56513 v1

| | |
|---|---|
| LAW OFFICE OF PAUL A. WERNLE | SEITZ, VAN OGTROP & GREEN, P.A. |
| BY: _/s/ Paul A. Wernle, Jr._ | BY: _/s/ George H. Seitz, III_ |
| PAUL A. WERNLE, JR. | GEORGE H. SEITZ, III (No. 667) |
| 92 Read's Way | 222 Delaware Avenue, Suite 1500 |
| Suite 106 | P. O. Box 68 |
| New Castle, DE 19720 | Wilmington, DE 19899 |
| (302) 221-3342 | (302) 888-0600 |
| Attorneys for Defendant | Attorneys for Plaintiff |

IT IS SO ORDERED THIS _____ DAY OF _____, 2006

_____
J.