IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **MATTERN & ASSOCIATES, L.L.C.,** ) | |
| ) | |
| **Plaintiff.** ) | |
| ) | **C.A. No. 1:06-CV-36 KAJ** |
| ) | |
| v. ) | |
| ) | |
| ) | |
| **JOHN SEIDEL,** ) | |
| ) | |
| **Defendant and Third Party Plaintiff.** ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| **ROBERT MATTERN,** ) | |
| **ABC ENTITIES 1-50, and** ) | |
| **J. Does 1-50,** ) | |
| ) | |
| **Third Party Defendants.** ) | |

## NOTICE OF SERVICE

I, GEORGE H. SEITZ, III, Esquire, hereby certify that on the 27th day of November, 2006, I caused a copy of this *Notice of Service* and a copy of *Plaintiff's Response to Defendant Seidel's Second Set of Document Requests* to be served as follows:

**Via CM/ECF and Facsimile**
Robert J. Hagerty, Esquire
Capehart & Scatchard, P.A.
Laurel Corporate Center
8000 Midatlantic Drive, Suite 300
Mt. Laurel, NJ 08054


**Via Facsimile**
Paul A. Wernle, Jr., Esquire
Law Office of Paul A. Wernle
92 Read's Way, Suite 106
New Castle Corporate Commons
New Castle, DE  19720

56875 v1

        SEITZ, VAN OGTROP & GREEN, P.A.

        /s/ *George H. Seitz, III*

        _____
        GEORGE H. SEITZ, III (#667)
        KEVIN A. GUERKE (#4096)_
        222 Delaware Avenue, Suite 1500
        P.O. Box 68
        Wilmington, DE  19801
        (302) 888-0600
        (302) 888-0606 - facsimile

        Attorneys for Plaintiff

Dated:  November 27, 2006

56875 v1