IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MATTERN & ASSOCIATES, L.L.C., | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | C.A. No. 1:06-CV-36 KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN SEIDEL, | ) | |
| | ) | |
| Defendant and Third Party Plaintiff. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT MATTERN, | ) | |
| ABC ENTITIES 1-50, and | ) | |
| J. Does 1-50, | ) | |
| | ) | |
| Third Party Defendants. | ) | |

### STIPULATION TO AMEND SCHEDULING ORDER

**IT IS HEREBY** stipulated and agreed this 7 day of December 2006, subject to the Court's approval, that the Scheduling Order entered on August 29, 2006, is hereby amended as follows:

1. The time to complete factual discovery, pursuant to the Scheduling Order, Paragraph 3(c), is extended to January 31, 2007.

56513 v1

| | |
|---|---|
| LAW OFFICE OF PAUL A. WERNLE | SEITZ, VAN OGTROP & GREEN, P.A. |
| BY: _____ <br> PAUL A. WERNLE, JR. <br> 92 Read's Way <br> Suite 106 <br> New Castle, DE 19720 <br> (302) 221-3342 <br> Attorneys for Plaintiff | BY: _____ <br> GEORGE H. SEITZ, III (No. 667) <br> 222 Delaware Avenue, Suite 1500 <br> P. O. Box 68 <br> Wilmington, DE 19899 <br> (302) 888-0600 <br> Attorneys for Defendants |

IT IS SO ORDERED THIS _____ DAY OF _____, 2006

_____
                                                                    J.