## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MATTERN & ASSOCIATES, L.L.C., | : | |
| Plaintiff, | : : : | |
| v. | : | Civil Action No. 06-036-*** |
| JOHN SEIDEL, | : : : | |
| Defendant. | : : | |

## **ORDER**

At Wilmington this **23rd** day of **January, 2007**,

IT IS ORDERED that a status teleconference has been scheduled with Judge Thynge for **Tuesday, January 30, 2007 at 2:30 p.m. Eastern Time. Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE