IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MATTERN & ASSOCIATES, L.L.C., | : | |
| Plaintiff, | : : | |
| | : | CIVIL ACTION NO.: **1:06-CV-36 KAJ** |
| vs. | : : | |
| JOHN SEIDEL, | : : | |
| Defendant-Third Party Plaintiff, | : : : | |
| vs. | : : | |
| ROBERT MATTERN, | : : | |
| Third-Party Defendant. | : : | |

**STIPULATION TO AMEND SCHEDULING ORDER**

**IT IS HEREBY** stipulated and agreed this 31st day of January, 2007, subject to the Court's approval, that the Scheduling Order entered on August 29, 2006, is hereby amended as follows:

1.  The time to complete factual discovery, pursuant to the Scheduling Order, Paragraph 3(c), is extended to February 28, 2007.

IT IS SO ORDERED THIS ____ DAY OF _____, 2007

_____
United States District Judge

| LAW OFFICES OF PAUL A. WERNLE | SEITZ, VAN OGTROP & GREEN, P.A. |
|---|---|
| /s/ *Paul A. Wernle, Jr.* | /s/ *Kevin A. Guerke* |
| Paul A. Wernle, Jr., Esq. (No. 2461) | George H. Seitz, III, Esq. (No. 667) |
| 92 Read's Way, | Kevin A. Guerke, Esq. (No. 4096) |
| Suite 106 | 222 Delaware Avenue, Suite 1500 |
| New Castle, DE 19720 | Wilmington, DE 19899 |

57727 v1