IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTERN & ASSOCIATES, L.L.C., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-036-*** |
| : | |
| JOHN SEIDEL, : | |
| : | |
| Defendant. : | |

## ORDER

At Wilmington this **31st** day of **January, 2007**,

As a result of the teleconference with counsel held on January 30, 2007,

IT IS ORDERED that the pretrial due date, trial, and pretrial dates (D.I. 30 ¶ 11-14) are cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE