IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTERN & ASSOCIATES, L.L.C., )<br>)<br>Plaintiff.  )<br>)<br>)<br>v.  )<br>)<br>)<br>JOHN SEIDEL,  )<br>)<br>Defendant and Third Party Plaintiff.  )<br>)<br>)<br>v.  )<br>)<br>)<br>ROBERT MATTERN,  )<br>ABC ENTITIES 1-50, and  )<br>J. Does 1-50,  )<br>)<br>Third Party Defendants.  ) | C.A. No. 1:06-CV-36 KAJ |

**STATEMENT PURSUANT TO LOCAL RULE 7.1.1 REGARDING
PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Plaintiff's counsel asked defense counsel if Defendant would consent to the amendment of the Complaint. Defense counsel advised that Defendant would not agree and would oppose the Motion.

58443 v1

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ *Kevin A. Guerke*

By: _____
George H. Seitz, III, ID #667
Kevin A. Guerke, ID #4096
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

- and -

Imogene E. Hughes, Esquire
Andrew Shapren, Esquire
Rubin, Fortunato & Harbison P.C.
10 S. Leopard Road
Paoli, PA 19301

Attorneys for Plaintiff and Counterclaim Defendant.

DATED: March 21, 2007

58443 v1

## **CERTIFICATE OF SERVICE**

I, Kevin A. Guerke, Esquire, hereby certify that on this 21st day of March 2007, I electronically filed the foregoing *Statement Pursuant to Local Rule 7.1.1 Regarding Plaintiff's Motion for Leave to Amend the Complaint* with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record and also upon the following by first class mail to:

> Paul A. Wernle, Jr., Esquire
> Law Office of Paul A. Wernle
> 92 Read's Way, Suite 106
> New Castle Corporate Commons
> New Castle, DE  19720

/s/ *Kevin A. Guerke*
_____
Kevin A. Guerke (ID No. 4096)
kguerke@svglaw.com

58443 v1