FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2007 APR 10 AM 11: 24

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| MATTERN & ASSOCIATES, LLC, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO.: 1:06-CV-36 KAJ |
| JOHN SEIDEL, | : ANSWERING BRIEF IN OPPOSITION |
| | : TO PLAINTIFF'S MOTION TO AMEND |
| Defendant, Third Party Plaintiff, | : COMPLAINT |
| vs. | : |
| ROBERT MATTERN, ABC ENTITIES 1-50, and J. DOES 1-50, | : |
| Third Party Defendants. | : |



Paul A. Wernle, Jr. (No. 2461)
92 Reads Way
Suite 106
New Castle, Delaware 19720-1631
(302) 221-3342
Attorney for Defendant

i

611976

## STATEMENT OF FACTS

Plaintiff's statement of facts is accurate. However, plaintiff omits the fact that this Court's Scheduling Order of August 29, 2006 provided in pertinent part that "All motions to join other parties, and to amend or supplement the pleadings shall be filed on or before October 2, 2006." This order also stated that all fact discovery was to be completed by November 30, 2006. On November 2, 2006, the time to complete discovery was extended by stipulation to December 31, 2006. The time to move to amend the pleadings was not extended. On December 18, 2006, the discovery deadline was again extended to January 31, 2007; however, the deadline to file any motion to amend the pleadings was not extended. Finally, the discovery cut-off was advanced one last time to February 28, 2007, by order dated January 31, 2007. Again, no extension of the long-past deadline to amend the pleadings was sought. This matter is currently scheduled for mediation on April 30, 2007.

## LEGAL ARGUMENT

### POINT I. PLAINTIFF'S MOTION TO AMEND THE COMPLAINT SHOULD BE DENIED.

"(T)he rule of this circuit ... in evaluating the consequences of a party's undue delay in moving to amend a pleading is that delay alone, absent a showing of undue prejudice or unfair disadvantage to the nonmoving party as a result of the amendment, is an inadequate basis for denying a party leave to amend his pleadings." Butcher & Singer, Inc. v. Kellam, 105 F.R.D. 450, 452 (D. Del. 1984) Here, plaintiff's inexcusable delay of five and one-half months in filing its motion to amend (which was due on October 2, 2006), coupled with the ensuing prejudice to defendant, compel the denial of plaintiff's motion.

As noted above, discovery was extended three times by the parties and is now closed. Defendant's deposition of Robert Mattern, taken February 16, 2007, was based upon the

1

611976

pleadings as framed by plaintiff at that time. Plaintiff now seeks to introduce an entirely new cause of action after the close of discovery. If the court is inclined to grant plaintiff's motion, it should be conditioned upon plaintiff bearing the additional expense and attorneys' fees incurred in taking additional deposition testimony from plaintiff's representative. *See* Armstrong Cork Co. v. Patterson-Sargent Co., 10 F.R.D. 534, 535 (D. Ohio 1950).

### CONCLUSION

For all of the foregoing reasons, defendant respectfully requests that the Court deny plaintiff's motion, or, if it is granted, that it be conditioned upon plaintiff paying the reasonable costs, including attorneys' fees, of further deposition of Robert Mattern.

|     |     |
| --- | --- |
|     | s/Paul A. Wernle, Jr. |
| By: | Paul A. Wernle, Jr. (No. 2461) |
|     | 92 Reads Way |
|     | Suite 106 |
|     | New Castle, Delaware 19720-1631 |
|     | (302) 221-3342 |

s/Robert J. Hagerty
Robert J. Hagerty (Admitted *pro hac vice*)
Capehart & Scatchard
8000 Midlantic Drive
Suite 300
Mount Laurel, New Jersey 08054
(856) 914-2076

2

783196

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTERN & ASSOCIATES, L.L.C., | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO.: **1:06-CV-36 KAJ** |
| vs. | : |
| JOHN SEIDEL, | : **NOTICE OF SERVICE OF SEIDEL'S** |
| | : **ANSWERING BRIEF IN OPPOSITION** |
| Defendant-Third Party | : **TO PLAINTIFF'S MOTION TO AMEND** |
| Plaintiff, | : **ITS COMPLAINT** |
| vs. | : |
| ROBERT MATTERN, | : |
| Third-Party Defendant. | : |

I, Robert J. Hagerty, hereby certify that on the 9th day of April, 2007, I caused copies of this Notice of Service and Seidel's Answering Brief in Opposition to Plaintiff's Motion to Amend Its Complaint to be send via email to local counsel, Paul A. Wernle, Jr., Esq., for his filing of the same with the Court via hand-delivery to CM/ECF which will send notification of such filing to counsel of record:

George H. Seitz, III, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19801

1

And

Imogene E. Hughes, Esq.
Rubin, Fortunato & Harbison, P.C.
10 S. Leopard Road
Paoli, PA 19301

|     | /s/ Paul A. Wernle, Jr. |
| --- | --- |
| By: | Paul A. Wernle, Jr. (No. 2461) |
|     | 92 Reads Way |
|     | Suite 106 |
|     | New Castle, Delaware 19720-1631 |
|     | (302) 221-3342 |

/s/ Robert J. Hagerty
Robert J. Hagerty (Admitted *pro hac vice*)
Capehart & Scatchard
8000 Midlantic Drive
Suite 300
Mount Laurel, New Jersey 08054
(856) 914-2076

2