IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTERN & ASSOCIATES, L.L.C., ) <br> ) <br> Plaintiff. ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> JOHN SEIDEL, ) <br> ) <br> Defendant and Third Party Plaintiff. ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> ROBERT MATTERN, ) <br> ABC ENTITIES 1-50, and ) <br> J. Does 1-50, ) <br> ) <br> Third Party Defendants. ) | C.A. No. 1:06-CV-36 KAJ |

**PLAINTIFF'S REPLY MEMORANDUM OF LAW IN SUPPORT
OF ITS MOTION FOR LEAVE TO AMEND THE COMPLAINT**

**I. INTRODUCTION**

Plaintiff Mattern & Associates, LLC ("M&A"), files this Reply Memorandum of Law in Support of it Motion for Leave to Amend the Complaint.

Defendant John Seidel ("Seidel") offers no plausible rationale for a denial of M&A's Motion for Leave to Amend the Complaint. Although Seidel alleges in a conclusory fashion that he will be prejudiced if an amendment is allowed, he does not demonstrate in any meaningful way what that prejudice will be. No trial date has been set in the case and the amendment will not therefore cause any delay in the resolution of the proceedings. Although Seidel claims that the filing of the Amended Complaint will necessitate additional discovery, this is simply not the

58851 v1

case. The new claim which M&A seeks to assert, a claim for Misappropriation of Trade Secrets arising under the Delaware Trade Secrets Act, arises from the same set of operative facts as its previous causes of action, which were also based, in part, on Seidel's removal and use of Mattern's confidential information. Moreover, all of the facts relevant to this claim, *i.e.* what information Seidel misappropriated and how such information was used, are fully within Seidel's knowledge and therefore no additional discovery by Seidel is necessary.

Finally, Seidel's position that M&A should be required to reimburse Seidel for any additional deposition testimony is completely without merit. At the time Seidel took the deposition of M&A's principal, Rob Mattern, Seidel was already fully aware from the allegations contained in the original Complaint that M&A claimed that Seidel had misappropriated information from Seidel. Additional facts relevant to the issue of misappropriation of confidential information came to light during Seidel's deposition, which took place before Seidel took Rob Mattern's deposition. Therefore, Seidel had ample opportunity to question M&A regarding its claim that Seidel had misappropriated information from M&A at the time Seidel took the deposition of M&A's principal and there is no justification whatsoever for requiring M&A to bear any expense incurred in any further discovery Seidel chooses to undertake.

For all of the foregoing reasons and the reasons set forth in its original Memorandum of Law in Support of its Motion for Leave to Amend the Complaint, Plaintiff Mattern & Associates, LLC respectfully requests that the court grant its *Motion for Leave to Amend its Complaint* and accept *Plaintiff's First Amended Complaint* (attached to Plaintiff's Motion as Exhibit "1") for filing.

SEITZ, VAN OGTROP & GREEN, P.A.

*/s/ Kevin A. Guerke*

By: _____
George H. Seitz, III, ID #667
gseitz@svglaw.com
Kevin A. Guerke, ID #4096
kguerke@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

- and -

Imogene E. Hughes, Esquire
Andrew Shapren, Esquire
Rubin, Fortunato & Harbison P.C.
10 S. Leopard Road
Paoli, PA 19301

Attorney for Plaintiff and Counterclaim Defendant.

DATED: April 18, 2007

## CERTIFICATE OF SERVICE

I, Kevin A. Guerke, Esquire, hereby certify that on this 18th day of April 2007, I electronically filed the foregoing *Plaintiff's Reply Memorandum of Law in Support of Its Motion for Leave to Amend the Complaint* with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record and also upon the following by first class mail to:

> Paul A. Wernle, Jr., Esquire
> Law Office of Paul A. Wernle
> 92 Read's Way, Suite 106
> New Castle Corporate Commons
> New Castle, DE  19720

/s/ *Kevin A. Guerke*
---
Kevin A. Guerke (ID No. 4096)
kguerke@svglaw.com

58853 v1