IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MATTERN & ASSOCIATES, L.L.C., | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | C.A. No. 1:06-CV-36 KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JOHN SEIDEL, | ) | |
| | ) | |
| Defendant and Third Party Plaintiff. | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| ROBERT MATTERN, | ) | |
| ABC ENTITIES 1-50, and | ) | |
| J. Does 1-50, | ) | |
| | ) | |
| Third Party Defendants. | ) | |

**PLAINTIFF'S ANSWER TO DEFENDANT JOHN SEIDEL'S
AMENDED COUNTERLCLAIMS AND THIRD PARTY COMPLAINT**

Count I

1. Admitted that Mattern & Associates is a Pennsylvania Limited Liability Company, the balance of the allegations are denied.

2. Denied.

3. The Agreement speaks for itself and no responsive pleading is required.

4. Denied as a conclusion of law.

60546 v1

5.  Denied as a conclusion of law.

6.  Denied as a conclusion of law.

7.  Denied.

8.  Denied.

9.  Denied.

10. Denied.

11. Denied.

## Count II

1. [12].  Counterclaim defendant repeats its reposes to paragraphs 1 through 11 above.

2. [13].  The Agreement speaks for itself and no responsive pleading is required.

3. [14.]  Admitted.

4. [15.]  Denied.

5. [16.]  Denied as a conclusion of law.

6. [15.]  Denied as a conclusion of law.

## THIRD-PARTY COMPLAINT

### Count I

1.  Third-Party Defendant repeats its reposes to the paragraphs above.

2.  Denied.

3.  Denied.

4.  Denied.

## FIRST AFFIRMATIVE DEFENSE

1.  The counterclaim fails to state a claim upon which relief may be granted.

60546 v1

**SECOND AFFIRMATIVE DEFENSE**

2. Counterclaimant's claims are barred in whole or in part by the doctrine of equitable estoppel.

**THIRD AFFIRMATIVE DEFENSE**

3. Counterclaimant voluntarily resigned thereby barring the counterclaim.

**FOURTH AFFIRMATIVE DEFENSE**

4. Counterclaimant's claims are barred because the Pennsylvania Wage Payment and Collection Law is not applicable because Mattern & Associates, LLC has its principal place of business in Delaware and Counterclaimant worked out of the Delaware office.

**FIFTH AFFIRMATIVE DEFENSE**

5. Counterclaim's claims under the Pennsylvania Wage Payment and Collection Law are barred because Counterclaimant's last day of employment at Mattern & Associates, LLC was on April 9, 2005 and he has been fully paid through the end of April 2005.

**SIXTH AFFIRMATIVE DEFENSE**

6. Counterclaimant's material breaches of the LLC Agreement excused Robert Mattern's duty to perform under the LLC Agreement.

60546 v1

## SEVENTH AFFIRMATIVE DEFENSE

7. Counterclaimant's acceptance of a check rendered by Mattern & Associates, LLC for shares owned represented an accord and satisfaction.

## EIGHTH AFFIRMATIVE DEFENSE

8. Counterclaimant's solicitation of Mattern & Associates, LLC's competitors for business and personal use of the company credit card gave Robert Mattern the power to avoid the LLC Agreement.

## NINTH AFFIRMATIVE DEFENSE

9. Counterclaimant's claims are barred by the doctrine of unclean hands.

## TENTH AFFIRMATIVE DEFENSE

10. Counterclaimant's claims are barred by his own failure to comply with the provision of the LLC Agreement.

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ Kevin A. Guerke
_____
GEORGE H. SEITZ, III (#667)
KEVIN A. GUERKE (#4096)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19801
(302) 888-0600
Attorney for Plaintiff

Dated: August 13, 2007

60546 v1

## CERTIFICATE OF SERVICE

I, Kevin A. Guerke, Esquire, hereby certify that on this 13th day of August 2007, I electronically filed the foregoing ***Plaintiff's Answer to Defendant John Seidel's Amended Counterclaims and Third Party Complaint*** with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record and also upon the following by first class mail to:

> Paul A. Wernle, Jr., Esquire
> Law Office of Paul A. Wernle
> 92 Read's Way, Suite 106
> New Castle Corporate Commons
> New Castle, DE  19720

/s/ *Kevin A. Guerke*
_____
Kevin A. Guerke (ID No. 4096)
kguerke@svglaw.com

60493 v1