IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTERN & ASSOCIATES, L.L.C., )<br>)<br>Plaintiff. )<br>)<br>v. )<br>)<br>)<br>JOHN SEIDEL, )<br>)<br>Defendant and Third Party Plaintiff. )<br>)<br>)<br>v. )<br>)<br>)<br>ROBERT MATTERN, )<br>ABC ENTITIES 1-50, and )<br>J. Does 1-50, )<br>)<br>Third Party Defendants. ) | C.A. No. 1:06-CV-36 SLR |

## DISCOVERY PLAN

Pursuant to the Court's Order for Scheduling Conference dated April 22, 2008, the parties hereby submit the following Discovery Plan pursuant to D. Del. LR 16 in connection with the telephonic scheduling conference scheduled for May 19, 2008 at 2:30 p.m.

1.  The parties have exchanged the information required by Fed. R. Civ. P. 26 (a)(1) and D. Del. LR 16.2.

2.  Pursuant to a Stipulation dated December 17, 2006, all discovery in this matter was completed on January 31, 2007.

64982 v1

3. Pursuant to a Memorandum Order dated June 28, 2007, Plaintiff Mattern & Associates L.L.C. was granted leave to amend the Complaint. The parties do not anticipate that any further motions to join other parties or amend the pleadings will be filed.

4. A mediation was conducted before Magistrate Judge Thynge on April 30, 2007 and the parties were unable to resolve their disputes.

5. All summary judgment motions shall be served and filed with an opening brief on or before June 30, 2008.

| LAW OFFICE OF PAUL A. WERNLE | SEITZ, VAN OGTROP & GREEN, P.A. |
|---|---|
| BY: /s/ *Paul A. Wernle, Jr.* <br> PAUL A. WERNLE, JR. <br> 92 Read's Way <br> Suite 106 <br> New Castle, DE  19720 <br> (302) 221-3342 <br> Attorneys for Plaintiff | BY: /s/ *Kevin A. Guerke* <br> GEORGE H. SEITZ, III (No. 667) <br> KEVIN A. GUERKE (No. 4096) <br> 222 Delaware Avenue, Suite 1500 <br> P. O. Box 68 <br> Wilmington, DE  19899 <br> (302) 888-0600 <br> Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I, Kevin A. Guerke, Esquire, hereby certify that on this 13th day of May 2008, I electronically filed the foregoing ***Discovery Plan*** with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record and also upon the following by first class mail to:

>Paul A. Wernle, Jr., Esquire
>Law Office of Paul A. Wernle
>92 Read's Way, Suite 106
>New Castle Corporate Commons
>New Castle, DE  19720

>/s/ *Kevin A. Guerke*
>_____
>Kevin A. Guerke (ID No. 4096)
>kguerke@svglaw.com

64982 v1