IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTERN & ASSOCIATES, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-36-SLR |
| | ) |
| JOHN SEIDEL, | ) |
| | ) |
| Defendant and Third | ) |
| Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT MATTERN, et al., | ) |
| | ) |
| Third Party Defendants. | ) |

## O R D E R

At Wilmington this 19th day of May, 2008, having conferred with counsel;

IT IS ORDERED that:

1. The court shall conduct a pretrial conference on **October 1, 2008 at 4:30**

**p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington,

Delaware. On or before **September 26, 2008,** the parties shall file with the court their

joint proposed pretrial order, as well as their proposed voir dire and proposed jury

instructions.

2. The court shall conduct a jury trial commencing on **October 16, 2008 at 9:30**

**a.m.** in courtroom 6B. The parties should expect to receive, at the pretrial conference,

a specific trial schedule complete with the number of hours each party has to present

their evidence and arguments to the jury.

United States District Judge